

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2022

No. 04-22-00338-CR

Paul Anthony **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5398
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The appellant's brief was due on December 22, 2022. However, the appellant has filed a motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **February 6, 2023**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court